*James E. Ralls,* assistant state's attorney, in opposition.

Decided October 25, 2000

WILLIE J. FULLER, JR. *v.* COMMISSIONER OF CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Robert E. Byron,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* NEIL BROWN

The Supreme Court docket number is SC 16412.

*John B. Cantarella,* special public defender, in support of the petition.